

**OHRENSTEIN & BROWN, LLP**
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-13

1305 FRANKLIN AVENUE, SUITE 300, GARDEN CITY, NY  11530-9243  •  M 516 873 6334  •  F 516 873 8912
WWW.OANDB.COM

ROSARIO DEVITO
DIRECT DIAL: (516) 535-4468
EMAIL: ROSARIO.DEVITO@OANDB.COM

September 12, 2013

**Delivered via ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York  10007

        Re:    Program Brokerage Corporation v. Arthur J. Gallagher Risk
                Management Services, Inc.
                Case No.:  13-CV-00329-PAC

Dear Judge Crotty:

      Please be advised that Lauren M. Pape is no longer with the firm and I am the attorney now assigned to the case. All email alerts should now go to me for the above referenced matter. Kindly remove her from the service list.

                                Respectfully submitted,

                                  Rosario DeVito
                                rosario.devito@oandb.com

MDB/ml

cc:  Peter D. Sullivan, Esq.
      Edward K. Lenci, Esq.

**MEMO ENDORSED**

SO ORDERED: 9-16-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

NEW YORK, NY  •  CALDWELL, NJ